[No. 11420–8–II.  Division Two.  July 18, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLARD EARL
REESE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 86–1–00960–4, Robert L. Harris, J., entered
October 2, 1987. *Affirmed* by unpublished opinion per
Shields, J., concurred in by Thompson, C.J., and Munson,
J.

[No. 9137–6–III.  Division Three.  July 18, 1989.]

STEPHEN R. CROSSLAND, *as Guardian, Appellant,* v.
CENTRAL WASHINGTON HEALTH SERVICES
ASSOCIATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 85–2–00012–3, Fred Van Sickle, J.,
entered February 16, 1988. *Affirmed* by unpublished opin-
ion per Green, J., concurred in by Thompson, C.J., and
Munson, J.

[No. 9352–2–III.  Division Three.  July 20, 1989.]

EUGENE L. BAKER, *Appellant,* v. JOHN DOE, *as Personal
Representative,* ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 86–2–50307–5, Dennis D. Yule, J.,
entered May 26, 1988. *Affirmed* by unpublished opinion per
Green, J., concurred in by Thompson, C.J., and Shields, J.